Concur — Steuer, J. P., Capozzoli, Tilzer, McNally and Witmer, JJ.

In the Matter of GEORGE MORRISON et al., Appellants, v. THEODORE H. LANG, as Personnel Director of the Department of Personnel of the City of New York, et al., Respondents

Concur — Steuer, J. P., Capozzoli, Tilzer, McNally and Witmer, JJ.

SOL BERGER, Appellant, v. BEN MILBERG, Respondent

Concur — Steuer, J. P., Capozzoli, Tilzer, McNally and Witmer, JJ.